

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Grant Nikogosyan

**Civil Action No.** 25-cv-03716-AGS-BLM

**Petitioner**

V.

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the January 27, 2026 hearing, petitioner's petition for a writ of habeas corpus is GRANTED.  The case is hereby closed.

**Date:** _____2/5/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita_____

M. Fujita, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>25-cv-03716-AGS-BLM</u>

Respondents:
Kristi Noem
Secretary of the Department of Homeland Security
Pamela Jo Bondi
Attorney General
Todd M. Lyons
Jesus Rocha
Acting Field Office Director, San Diego Field Office
Christopher LaRose
Warden at Otay Mesa Detention Center